# MEMORANDUM DECISIONS.

ALBANY BRASS & IRON CO., Appellant, v. HOFFMAN, Respondent. (Supreme Court, General Term, Third Department. May 24, 1895.) Action by the Albany Brass & Iron Company against Charles H. Hoffman, Jr. No opinion. Order affirmed on the opinion of the court below (33 N. Y. S. 600), with $10 costs and disbursements.

ALDRIDGE, Superintendent of Poor, Respondent, v. WALKER, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by David Aldridge as superintendent of the poor, etc., against Mary Walker. No opinion. Judgment modified by reducing the recovery of damages to $708, and, as modified, affirmed, with costs of appeal to appellant. See 26 N. Y. Supp. 296.

AMO, Respondent, v. ADIRONDACK SANITARIUM CO., Appellant. (Supreme Court, General Term, Third Department. May 24, 1895.) Action by Joseph Amo against the Adirondack Sanitarium Company. No opinion. Order affirmed, with costs and disbursements.

BACH, Respondent, v. SKINNER, Appellant. (Supreme Court, General Term, Third Department. May 24, 1895.) Action by Joseph J. Bach against Charles R. Skinner. No opinion. Order affirmed, with costs and disbursements.

BARRY, Respondent, v. GIBBONS, Appellant. (Supreme Court, General Term, Third Department. May 29, 1895.) Action by Nicholas J. Barry against Bridget Gibbons. No opinion. Order affirmed, with costs and disbursements.

In re BOARD OF STREET OPENING. In re GUARINO. (Supreme Court, General Term, First Department. May 17, 1895.) No opinion. Reference ordered to Frederick S. Wait to take proof, and report with his opinion.

BOYDEN v. BALDWIN et al. (City Court of New York, General Term. April 9, 1895.) Motion for a reargument. See 32 N. Y. Supp. 1139.

EHRLICH, C. J. This cause was not argued at the preceding term, but submitted on account of the failure of the appellants to comply with one of the rules of the court which provides that the appellant shall furnish to each of the three judges composing the general term, at least four days before the meeting thereof, one copy of the printed case on appeal. The appellants have excused their failure to comply with the rule, and, as the case is one of some importance, a reargument will be ordered, provided the appellants, within 10 days, pay to the attorney for the respondent $10 costs; in default of which payment the motion will be denied, with $10 costs. In this particular instance, and to prevent any possible injustice, the order indicated will be made.

BROOKLYN EL. R. CO., Appellant, v. METZGER, Respondent. (Supreme Court, General Term, Second Department. May 13, 1895.) In the matter of the Brooklyn Elevated Railroad Company against Bertha Metzger. Hoadly, Lauterbach & Johnson, for appellant. John A. Taylor, for respondent.

CULLEN, J. I vote to affirm, without opinion.

BROOKLYN EL. R. CO. v. VOSS. (Supreme Court, General Term, Second Department. May 13, 1895.) In the matter of the petition of the Brooklyn Elevated Railroad Company, relative to acquiring property in the city of Brooklyn, against William C. J. Voss, owner of parcel No. 10. No opinion. Order affirmed, with costs.

BROWN et al., Respondents, v. CRABB, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by William Brown and another against Lodema M. Crabb. No opinion. Judgment and order affirmed, with costs.

In re BROWN'S ESTATE. (Supreme Court, General Term, Fourth Department. November, 1894.) In the matter of the estate of Wellington Brown, deceased. Edwin Maples and Oscar Maples, respondents, Lydia M. Brown, appellant. No opinion. Decree of surrogate's court reversed, with costs to the appellant against the respondents personally. See 1 Brad. R. L. 9; Abbott v. Curran, 98 N. Y. 665; Code Civ. Proc. § 2591.

BURNS, Appellant, v. MATTHEWS. Respondent. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Mary Burns, adminstratrix, etc., of William Burns, deceased, against Edward A. Matthews. No opinion. Judgment and order affirmed, with costs.

BUSBY v. JENKS. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by James Busby against Edward B. Jenks, as receiver, etc. No opinion. Judgment affirmed, with costs.